without costs. No opinion. Young, Kapper, Hagarty, Seeger and Carswell, JJ., concur.

SIESEL E. CANADAY, Respondent, v. WILLIAM SLOAT, Appellant.— Order, in so far as it denies, as to item " first," defendant's motion for a bill of particulars, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.

ALLAN CARNOCHAN, Respondent, v. WALTER E. ROBERTS, etc., and CARL NIM, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kapper, Rich, Hagarty, Seeger and Carswell, JJ.

MATHILDE DAGESTAD, Respondent, v. AL ROSENBERG, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Seeger, JJ.

DOUBLEDAY, PAGE AND COMPANY, Respondent, v. ALBERT H. SILKWORTH, Appellant.— Order denying motion to open defendant's default and to vacate judgment reversed upon the law and the facts, without costs, and motion granted, upon condition that within five days from the entry of the order herein defendant pay the taxable costs to date, amounting to twenty dollars and thirteen cents, and give a bond with corporate surety in the sum of five hundred dollars to secure the payment of any judgment that plaintiff may obtain against him; otherwise, order affirmed, with ten dollars costs and disbursements. We are of opinion, upon the facts disclosed in this case, that defendant should be given an opportunity to present his case. Young, Kapper, Hagarty, Seeger and Carswell, JJ., concur.

DWORKIN, INC., Respondent, v. BARNEY DWORKIN and Another, Appellants. — Order granting plaintiff's motion for injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Hagarty, Seeger and Carswell, JJ., concur.

JOSEPH GALOWITZ, Respondent, v. JOHN P. MAGNER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.

ANNA GESUALDI, Appellant, v. AMES TRANSFER COMPANY, INC., and RALPH DE NUNZIO, Respondents.— Judgments unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

JOSEPH GESUALDI, Appellant, v. AMES TRANSFER COMPANY, INC., and RALPH DE NUNZIO, Respondents.— Judgments unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

JOSEPH GESUALDI, Appellant, v. AMES TRANSFER COMPANY, INC., and RALPH DE NUNZIO, Respondents.— Judgments unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

LUCY GESUALDI, Appellant, v. AMES TRANSFER COMPANY, INC., and RALPH DE NUNZIO, Respondents.— Judgments unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

RAPHAEL GESUALDI, an Infant, by JOSEPH GESUALDI, His Guardian ad Litem, Appellant, v. AMES TRANSFER COMPANY, INC., and RALPH DE NUNZIO, Respondents.— Judgments unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

STEPHEN GESUALDI, Appellant, v. AMES TRANSFER COMPANY, INC., and RALPH DE NUNZIO, Respondents.— Judgments unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.